The People of the State of New York, Respondent, v. Joseph Grillo, Appellant.—Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

George B. F. Randolph, Respondent, v. Sigmund Wechsler, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

John B. Reimer and Henry J. Mullen, Partners, Doing Business under the Firm Name of Reimer & Mullen, Respondents, v. The City of New York, Appellant.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Walter A. Roden, Respondent, v. Co-operative Building Bank, Appellant.—Appeal dismissed, without consideration, for the reason that the case does not appear to have been settled as required by section 318 of the Municipal Court Act.* Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Louis Rosenberg and Philip Sherry, Respondents, v. Jennie Feiering, Appellant.—Order of the County Court of Kings county affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Meyer Rubin and Joseph Gold, Respondents, v. George H. Toop, Appellant.—Appeal dismissed, with costs, on the ground that no return has been made having indorsed thereon the allowance of the justice before whom the action was tried, as required by section 317 of the Municipal Court Act.* Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sarah Schwartz, Respondent, v. New York and Queens County Railway Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Standard Blue Stone Company, Appellant, v. Henry J. Qualman and Catharine Qualman, Respondents. James W. McElhinney, Purchaser, Appellant.— Order modified by inserting after the words "with interest at the rate of six per cent, per annum to the date of said payment and any costs of said proceeding in addition thereto," the words "together with all sums paid for interest, costs, taxes, and actual legal expenses, with interest from the date of such payments," and as so modified affirmed, with costs of this appeal to the appellant. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sophia Sturtevant, Appellant, v. William V. Geis, Respondent, Impleaded with Walter S. Chatfield and Phoebe E. Chatfield, Defendants.—Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Nicholas Toerge, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

* Laws of 1902, chap. 580.— [REP.